

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2020

No. 04-20-00154-CR

**IN RE Stephen Wayne RICHARDSON**

Original Mandamus Proceeding[1]

**ORDER**

On March 11, 2020, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on March 25, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2010-CR-10629, styled *The State of Texas v. Stephen Wayne Richardson*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Juanita A. Vasquez-Gardner presiding.